FILED

2003 OCT 29  A 11: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT     US DISTRICT COURT
HARTFORD CT

```
* * * * * * * * * * * * * * * * * * * * * *
                                         *
DEBORAH K. COLE,                         *
                        Plaintiff        *       CIVIL ACTION NO. 3:01CV1477 (RNC)
                                         *
VS.                                      *
                                         *       OCTOBER 24, 2003
CUMBERLAND FARMS, INC.,                  *
                        Defendant        *
                                         *
* * * * * * * * * * * * * * * * * * * * * *
```

## JOINT STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure §41, Plaintiff, Deborah K. Cole, and

Defendant, Cumberland Farms, Inc., hereby file this joint stipulation requesting the Court to

enter an order of dismissal of this action, with prejudice.

PLAINTIFF, DEBORAH K. COLE,

BY: _____
Peter N. Upton, Esq.
Fed. Bar #ct04329
Eisenberg, Anderson, Michalik & Lynch LLP
136 West Main Street
P.O. Box 2950
New Britain, CT 06050-2950
Tel.: (860) 225-8403

**DEFENDANT, CUMBERLAND FARMS, INC.,**

BY: _____

Richard A. Roberts
Fed. Bar #ct07665
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT  06410
Tel. (203) 250-2000

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
|  |  |
|---|---|
| DEBORAH K. COLE, | * |
| Plaintiff | * |
| | * |
| VS. | * |
| | * |
| CUMBERLAND FARMS, INC., | * |
| Defendant | * |

CIVIL ACTION NO. 3:01CV1477 (RNC)

OCTOBER 24, 2003

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL

Upon consideration of the parties' Joint Stipulation for Dismissal, IT IS HEREBY ORDERED that this action is dismissed, with prejudice; and it is FURTHER ORDERED, that each party will bear its own fees and costs.

_____

United States District Judge

- 3 -