FILED

2003 NOV 12 P 3:42

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
U.S. DISTRICT COURT
HARTFORD CT

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                    *
DEBORAH K. COLE,                    *
                   Plaintiff        *    CIVIL ACTION NO. 3:01CV1477 (RNC)
                                    *
VS.                                 *
                                    *    OCTOBER 24, 2003
CUMBERLAND FARMS, INC.,             *
                   Defendant        *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### ORDER OF DISMISSAL

Upon consideration of the parties' Joint Stipulation for Dismissal, IT IS HEREBY ORDERED that this action is dismissed, with prejudice; and it is FURTHER ORDERED, that each party will bear its own fees and costs.

_____
United States District Judge

- 3 -